1534

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 19-77 |
| PATRICK ACIERNO | (18 U.S.C § 2113(a)) |

### INDICTMENT

### COUNT ONE

The grand jury charges:

On or about September 12, 2018, in the Western District of Pennsylvania, the defendant, Patrick Acierno, by force, violence, and intimidation did take, from the person and presence of another, namely employees of the PNC Bank, located at 20940 Route 19, Cranberry, PA 16066, money, in the amount of $2,474 in U.S. currency, belonging to and in the care, custody, control, management and possession of PNC Bank, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

**FILED**

MAR 20 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## COUNT TWO

The grand jury further charges:

On or about November 12, 2018, in the Western District of Pennsylvania, the defendant, Patrick Acierno, by force, violence, and intimidation did take, from the person and presence of another, namely employees of the West View Savings Bank, located at 2566 Brandt School Road, Wexford, PA 15090, money, in the amount of $4,406 in U.S. currency, belonging to and in the care, custody, control, management and possession of West View Savings Bank, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

## COUNT THREE

The grand jury further charges:

On or about December 5, 2018, in the Western District of Pennsylvania, the defendant, Patrick Acierno, by force, violence, and intimidation did take, from the person and presence of another, namely employees of the Wesbanco Bank, located at 3531 Broadhead Road, Monaca, PA 15061, money, in the amount of $11,800 in U.S. currency, belonging to and in the care, custody, control, management and possession of Wesbanco Bank, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

## COUNT FOUR

The grand jury further charges:

On or about March 5, 2019, in the Western District of Pennsylvania, the defendant, Patrick Acierno, by force, violence, and intimidation, did take from the person and presence of another, namely employees of the KeyBank, located at 9605 Harmony Drive, Ingomar, PA 15127, money, in the amount of $7,743 in U.S. currency, belonging to and in the care, custody, control, management and possession of KeyBank, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

A True Bill,

_____
Foreperson

_____, Deputy US Attorney
SCOTT W. BRADY
United States Attorney
PA ID No. 88352